RCK:mustang dismissal

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| ONE 1998 GREEN FORD MUSTANG, | * | |
| VIN 1FAFP4048WF118731, | * | Civil No. CCB-03-41 |
| Defendant, | * | |
| | * | |
| and | * | |
| | * | |
| AMANDA SUE MUSICK, | * | |
| Claimant. | * | |

...ooOoo...

## UNOPPOSED MOTION TO DISMISS

The United States of America, through undersigned counsel and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby moves to dismiss this action because it no longer appears in the best interests of the government to go forward with the forfeiture of this defendant property, and in support therefor states as follows:

1. This is a civil forfeiture action against a vehicle pursuant to 21 U.S.C. section 881(a)(4). After the complaint was filed, the government was contacted by the owner, Amanda Sue Musick. On March 20, 2003, the government took the deposition of Ms. Musick and also discussed resolution of the case. The resolution was memorialized in a written agreement signed by Ms. Musick on March 24th. A copy of that agreement is annexed hereto

as **Exhibit A.** According to the agreement, the government will release the defendant vehicle to the claimant.

2. Because the parties have resolved all issues in this case by written agreement, the government hereby moves to dismiss this case without prejudice. In paragraph 4 of the agreement, the claimant has agreed that the government may dismiss the case without prejudice.

**WHEREFORE**, the United States of America respectfully requests that the Court enter an order granting the government's voluntary dismissal of this case in accordance with the draft order submitted herewith for the convenience of the Court.

    Respectfully submitted,

    Thomas M. DiBiagio
    United States Attorney

    */s/ Richard C. Kay*
    Richard C. Kay
    Assistant United States Attorney
    6625 United States Courthouse
    101 West Lombard Street
    Baltimore, Maryland 21201-2692
    (410) 209-4800   Bar No.06766

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 25, 2003, a copy of the foregoing Motion to Dismiss was mailed first class, postage prepaid to Amanda Sue Musick, 2080 Theodore Road, Rising Sun, Maryland 21911.

_____
Richard C. Kay
Assistant United States Attorney

RCK:mustang dismissal

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| ONE 1998 GREEN FORD MUSTANG, | * |
| VIN 1FAFP4048WF118731, | *   Civil No. CCB-03-41 |
| Defendant, | * |
| | * |
| and | * |
| | * |
| **AMANDA SUE MUSICK,** | * |
| Claimant. | * |

...ooOoo...

### ORDER OF DISMISSAL

Upon the government's Motion to Dismiss this case pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and with the apparent stipulation and concurrence of the claimant, **IT IS ORDERED** on this _____ day of March 2003 that:

1.  The Motion is HEREBY GRANTED and this case is **DISMISSED** in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2.  The clerk of the court shall send copies of this order to the parties.

_____
Catherine C. Blake
United States District Judge