

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

*Thomas M. DiBiagio*
*United States Attorney*

*Richard C. Kay*
*Assistant United States Attorney*

6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692

410-209-4800
TTY/TDD:410-962-4462
410-209-4850
FAX 410-962-3091

March 20, 2003

Amanda Sue Musick
2080 Theodore Road
Rising Sun, Maryland 21911

    Re: United States v. One 1998 Green Ford Mustang, etc.,
        Civil No. CCB-03-41

Dear Ms. Musick:

    The following agreement has been revised in accordance with our recent discussions in the above-referenced case. Once the agreement is fully executed and returned to me, I will submit it to the Court as mentioned in paragraph 2 below.

### SETTLEMENT AGREEMENT

    This Settlement Agreement is made between Amanda Sue Musick,("the claimant") and the United States of America ("the government"):

    **WHEREAS**, the claimant filed a claim to the defendant 1998 Ford Mustang, VIN 1FAFP4048WF118731 ("the defendant property"); and

    **WHEREAS**, the U.S. Marshals Service has incurred certain expenses for storage and maintenance of the defendant property; and

    **WHEREAS**, the claimant neither admits nor disputes the government's assertion that reasonable cause existed for the seizure of the defendant property; and

    **WHEREAS**, the parties wish to reach a fair and expedited resolution to this matter;

    **NOW, THEREFORE**, for the foregoing reasons and for good and substantial consideration, the adequacy and receipt of which is hereby acknowledged, the claimant and the government agree as follows:

**EXHIBIT A**

1. The government agrees to release the defendant 1998 Ford Mustang to the claimant.

2. The government agrees to waive and bear all storage fees and maintenance costs that the government has incurred in this case.

3. The claimant agrees to indemnify and hold the government harmless from and against all claims, damages, losses, and action resulting from or arising out of the seizure and the release of property described in paragraph 1 above.

4. The claimant hereby stipulates that the government may dismiss this case without prejudice in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, and agrees that the government may submit a copy of this agreement in connection with the dismissal.

5. This agreement states the entire agreement reached between the parties hereto.

Thomas M. DiBiagio
United States Attorney

3-20-03
Date

Richard C. Kay
Assistant United States Attorney

3-24-03
Date

Amanda Sue Musick