RCK:mustang dismissal

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| ONE 1998 GREEN FORD MUSTANG, | * |
| VIN 1FAFP4048WF118731, | *   Civil No. CCB-03-41 |
| Defendant, | * |
| | * |
| | * |
| | * |
| AMANDA SUE MUSICK, | * |
| Claimant. | * |

...ooOoo..

## ORDER OF DISMISSAL

Upon the government's Motion to Dismiss this case pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and with the apparent stipulation and concurrence of the claimant, IT IS ORDERED on this 26th day of March 2003 that:

1   The Motion is HEREBY GRANTED and this case is DISMISSED in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2.   The clerk of the court shall send copies of this order to the parties

/s/
_____
Catherine C. Blake
United States District Judge